UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :        Hon. Anthony R. Mautone

            v.                               :        Violation Notice: 3566028

REINALDO PEREZ                        :        ORDER FOR DISMISSAL

        Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violations No. 3566028 against defendant Reinaldo Perez, which was filed on March 2, 2016 charging him with possessing live ammunition, for the reason that prosecution of defendant Reinaldo Perez is being deferred under the terms of a pretrial diversion agreement.

        This dismissal is without prejudice, and is pending the successful completion by defendant Reinaldo Perez of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

 

                                  PAUL J. FISHMAN
                                  United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

                                    HON. ANTHONY R. MAUTONE
                                  United States Magistrate Judge

Dated: 8/24/16